Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff
Lawrence Gordon

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE GORDON, | Case No.: 2:23-cv-01179-VCF |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

-1-

IT IS HEREBY STIPULATED, by and between Lawrence Gordon ("Plaintiff") and KILOLO KIJAKAZI as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: October 24, 2023   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Marc V. Kalagian*
_____
Marc V. Kalagian
Attorney for plaintiff Lawrence Gordon

DATE: October 24, 2023   JASON M. FRIERSON
United States Attorney

/s/ *Liva Jamala Edwards*
_____
LIVA JAMALA EDWARDS
Special Assistant United States Attorney
Attorneys for Defendant KILOLO KIJAKAZI,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Approved and so ordered:

DATE: 10-24-2023

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:23-CV-01179-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 24, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff